JS- 6

FILED
CLERK, U.S. DISTRICT COURT

APR 1 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., | CASE NO.: CV 09-7867 SVW (AGRx) |
| Plaintiffs, | ASSIGNED TO THE HONORABLE STEPHEN V. WILSON |
| v. | **JUDGMENT** |
| DUTCHMAN ELECTRIC, INC., a California corporation, | |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Judgment

1    The Court having considered and approved the stipulation for entry of judgment

2  submitted by and between defendant Dutchman Electric, Inc., and plaintiffs Trustees

3  of the Southern California IBEW-NECA Pension Plan, et al., and for good cause

4  shown,

5    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

6    Plaintiffs TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA

7  PENSION PLAN, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT

8  FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL

9  EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE

10  SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES

11  OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT

12  COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA

13  LABOR-MANAGEMENT COOPERATION COMMITTEE, CONTRACT

14  COMPLIANCE FUND, LOS ANGELES ELECTRICAL WORKERS CREDIT

15  UNION, NATIONAL ELECTRICAL INDUSTRY FUND, and ADMINISTRATIVE

16  MAINTENANCE FUND, shall recover from defendant DUTCHMAN ELECTRIC,

17  INC., a California corporation, the principal amount of 45,845.09, plus pre-judgment

18  and post-judgment interest thereon at the rate of eight percent (8%) per annum from

19  April 15, 2010, until paid in full.  DUTCHMAN ELECTRIC, INC., a California

20  corporation, shall pay the Plaintiffs for all reasonable attorney's fees and costs

21  incurred in connection with the execution and collection of the judgment rendered

22  herein.

23

24

25  DATED: 4/14/10

26    UNITED STATES DISTRICT JUDGE

27

28

JUDGMENT

Judgment